1014

[No. 5809-0-II. Division Two. June 28, 1983.]

*In the Matter of the Marriage of* MAKEERA LEE,
*Respondent, and* GARY LEE JOHNSON,
*Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80-3-02421-7, Nancy A. Holman, J., entered June 22, 1981. *Reversed* by unpublished opinion per Petrich, C.J., concurred in by Reed and Worswick, JJ.

[No. 5562-7-II. Division Two. June 28, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. DONALD
MOORE LIDREN, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 58920, Thomas A. Swayze, Jr., J., entered April 15, 1981. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Petrich, C.J., and Worswick, J.

[No. 5372-1-II. Division Two. June 28, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM
PATRICK BARKER, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 80-1-00462-0, John N. Skimas, J., entered January 29, 1981. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Worswick, A.C.J., and Reed, J.

[No. 5622-4-II. Division Two. June 28, 1983.]

MANLEY MCKAY, *Respondent,* v. JEAN M. LARSEN,
*Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 268343, William L. Brown, Jr., J., entered May 29, 1981. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Petrich, C.J., and Worswick, J.